UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

|  |  |
|---|---|
| ANTHONY RODRIGUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KAYE HOMES, INC., a Florida corporation,<br><br>Defendant. | CIVIL ACTION<br><br>Case No.  2:25-cv-872-KCD-NPM |

### FLSA COURT'S INTERROGATORIES TO PLAINTIFF

1.   During what period of time were you employed by the Defendant?

July 9, 2024 – July 24,2025

2.   Who was your immediate supervisor?

Stuart Kaye

3.   Did you have a regularly scheduled work period? If so, specify.

Monday – Friday 8am-5pm and as needed

4.   What was your title or position? Briefly describe your job duties.

Director of Strategic Partnerships
Job Duties: Business Development to include building relationships with anyone that could produce customers or referrals to customers.  Creation of Reports and Meetings.

5.   What was your regular rate of pay?

$3,000/mo + commissions (2% of gross sales completed)

6.    What is the nature of your claim (check all that apply)?

☐ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

☐ Misclassification (Defendant mistakenly classified you as exempt from overtime);

☐ Miscalculation (Defendant failed to correctly calculate your compensation);

☒ Other (Please describe):
Failure to pay any wages or commissions  from March 21, 2025- July 24, 2025.

7.    Provide an accounting of your claim, including:

(a)    dates
March 21, 2025 – July 24, 2025
(b)    regular hours worked
40
(c)    over-time hours worked
Average of 20/week.
(d)    pay received versus pay claimed
Unable to calculate without further obtaining documents that are solely in the Defendant's custody.
(e)    total amount claimed
Unable to calculate without further discovery to obtain documents that are solely in the Defendant's custody.


8.    If you have brought this case as a collective action: **Not Applicable.**

(a)    Describe the class of employees you seek to include in this action.
Click or tap here to enter text.

(b)    Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?
Click or tap here to enter text.

9.    Specify all attorney's fees and costs incurred to date.  With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

Benjamin H. Yormak, Esq.   10 hrs at $450/hr
Dawn Bernardo, Paralegal      3 hrs @ $135/hr

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

First week of July 2025

11. Was this complaint written or oral? (If a written complaint, attach a copy).

12

12. What was your employer's response? (If a written response, attach a copy).

Stuart Kaye told said "you just noticed?" He then said "we'll work something out."

_Anthony Rodriguez_
Anthony Rodriguez

STATE OF FLORIDA
COUNTY OF LEE

The foregoing instrument was acknowledged before me, an officer duly authorized to take acknowledgements in the State and County stated above, this _____ day of February, 2026, by Anthony Rodruquez.

☒   Personally   Known   or   ☐   Produced   ID
_____.

Typed/Printed Name of Notary

_____
Signature and Seal of Notary

DAWN M. BERNARDO
Commission # HH 467440
Expires December 7, 2027

My Commission Expires:

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system. I further certify that I mailed

the foregoing document and the notice of electronic filing by first-class mail to the

following non-CM/ECF participants: None.

s/ Benjamin H. Yormak
Benjamin H. Yormak
Florida Bar Number 71272
Trial Counsel for Plaintiffs
Yormak Employment & Disability Law
27200 Riverview Center Blvd., Ste. 109
Bonita Springs, Florida 34134
Telephone: (239) 985-9691
Fax: (239) 288-2534
Email: byormak@yormaklaw.com